| | |
|---|---|
| 1 | JEFFREY A. ROSENFELD, Bar No. 136896<br>jeffrey.rosenfeld@dlapiper.com |
| 2 | MATTHEW D. CAPLAN, Bar No. 260388<br>matthew.caplan@dlapiper.com |
| 3 | **DLA PIPER LLP (US)**<br>1999 Avenue of the Stars, Suite 400 |
| 4 | Los Angeles, CA 90067-6023<br>Tel: 310.595.3000 |
| 5 | Fax: 310.595.3300 |
| 6 | Attorneys for Defendant |
| 7 | COMERICA BANK |

*GRANTED — Judge Howard R. Lloyd* [seal: United States District Court, Northern District of California]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MEDICAL RESOURCES CORPORATION, a California corporation, APPLIED MEDICAL DISTRIBUTION CORPORATION, a California corporation, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COMERICA BANK, a Texas corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. C 09-05202 HRL<br><br>*[Assigned to Hon. Howard R. Lloyd]*<br>ORDER GRANTING<br>**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>Case Management Conference:<br><br>Date: March 2, 2010<br>Time: 1:30 p.m.<br>Ctrm: 2 |

| | |
|---|---|
| 1 | Counsel for Defendant Comerica Bank ("Comerica") respectfully |
| 2 | requests a telephonic appearance at the Case Management Conference |
| 3 | scheduled for March 2, 2010, at 1:30 p.m. Comerica's request for a telephonic |
| 4 | appearance is based in part on the fact that the parties are nearing a settlement |
| 5 | agreement, and because Comerica's counsel is located in Los Angeles and |
| 6 | Comerica would like to avoid incurring the travel expense for counsel to attend |
| 7 | the hearing in San Jose. Accordingly, counsel for Comerica respectfully |
| 8 | requests that the Court permit counsel to appear at the Case Management |
| 9 | Conference by telephone. As required, counsel for Comerica has set up a |
| 10 | telephonic hearing request with Court Call. |

Dated: February 24, 2010

DLA PIPER LLP (US)

By _/s/ Matt Caplan_____
JEFFREY A. ROSENFELD
MATTHEW D. CAPLAN
Attorneys for Defendant
COMERICA BANK