1  JEFFREY A. ROSENFELD, Bar No. 136896
   jeffrey.rosenfeld@dlapiper.com
2  MATTHEW D. CAPLAN, Bar No. 260388
   matthew.caplan@dlapiper.com
3  **DLA PIPER LLP (US)**
   1999 Avenue of the Stars, Suite 400
4  Los Angeles, CA  90067-6023
   Tel:  310.595.3000
5  Fax:  310.595.3300

6  Attorneys for Defendant
   COMERICA BANK
7

GRANTED

*[signature]*
Judge Howard R. Lloyd

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12 | APPLIED MEDICAL RESOURCES CORPORATION, a California corporation, APPLIED MEDICAL DISTRIBUTION CORPORATION, a California corporation, et al., | CASE NO.  C 09-05202 HRL |

*[Assigned to Hon. Howard R. Lloyd]*
ORDER GRANTING
REQUEST FOR TELEPHONIC
APPEARANCE AT CASE
MANAGEMENT CONFERENCE

Plaintiffs,

v.

COMERICA BANK, a Texas corporation, and DOES 1 through 20, inclusive,

Defendants.

Case Management Conference:

Date:  March 2, 2010
Time   1:30 p.m.
Ctrm:  2

1  Counsel for Defendant Comerica Bank ("Comerica") respectfully
2  requests a telephonic appearance at the Case Management Conference
3  scheduled for March 2, 2010, at 1:30 p.m.  Comerica's request for a telephonic
4  appearance is based in part on the fact that the parties are nearing a settlement
5  agreement, and because Comerica's counsel is located in Los Angeles and
6  Comerica would like to avoid incurring the travel expense for counsel to attend
7  the hearing in San Jose.  Accordingly, counsel for Comerica respectfully
8  requests that the Court permit counsel to appear at the Case Management
9  Conference by telephone.  As required, counsel for Comerica has set up a
10 telephonic hearing request with Court Call.

12 Dated: February 24, 2010            DLA PIPER LLP (US)

14                                     By _____
15                                        JEFFREY A. ROSENFELD
                                          MATTHEW D. CAPLAN
                                          Attorneys for Defendant
16                                        COMERICA BANK