1 THOMAS E. GIBBS (BAR NO. 93819)
JEREN WEI (BAR NO. 242298)
2 ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
3 1900 Main Street, Fifth Floor
Irvine, California 92614-7321
4 Phone: (949) 553-1313
Fax: (949) 553-8354
5 E-Mail: tgibbs@allenmatkins.com
        jwei@allenmatkins.com

6

7 Attorneys for Plaintiffs
APPLIED MEDICAL RESOURCES CORPORATION
and APPLIED MEDICAL DISTRIBUTION
8 CORPORATION

**GRANTED**
*Judge Howard R. Lloyd*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED MEDICAL RESOURCES CORPORATION, et al., <br><br>Plaintiffs,<br><br>v.<br><br>COMERICA BANK, et al.,<br><br>Defendants. | Case No. 5:09-cv-05202-HRL<br><br>[Assigned to Hon. Howard R. Lloyd]<br>**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>Date: March 2, 2010<br>Time: 1:30 p.m.<br>Ctrm: 2 |

Counsel for Plaintiffs APPLIED MEDICAL RESOURCES CORPORATION and APPLIED MEDICAL DISTRIBUTION CORPORATION (collectively "Plaintiffs") respectfully request a telephonic appearance at the Case Management Conference scheduled for March 2, 2010 at 1:30 p.m. Plaintiffs' request for a telephonic appearance is based in part on the fact that the parties are nearing a settlement agreement and, because Plaintiffs' counsel is located in Orange County, Plaintiffs would like to avoid incurring the travel expense for counsel to personally attend the hearing in San Jose. Accordingly, counsel for Plaintiffs respectfully request that the Court

| | |
|---|---|
| 1 | permit counsel to appear at the Case Management Conference by telephone.  As required, counsel |
| 2 | for Plaintiffs will set up a telephonic hearing with CourtCall. |
| 3 | |
| 4 | Dated:  February 24, 2010 |

<div style="margin-left: 40%">

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
THOMAS E. GIBBS
JEREN WEI


By:*/s/ Jeren Wei*  _____
  JEREN WEI
  Attorneys for Plaintiffs
  APPLIED MEDICAL RESOURCES
  CORPORATION and APPLIED MEDICAL
  DISTRIBUTION CORPORATION

</div>

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

894601.01/OC

REQUEST FOR TELEPHONIC APPEARANCE
AT CASE MANAGEMENT CONFERENCE

-2-