1  THOMAS E. GIBBS (BAR NO. 93819)
   JEREN WEI (BAR NO. 242298)
2  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
3  1900 Main Street, Fifth Floor
   Irvine, California 92614-7321
4  Phone: (949) 553-1313
   Fax: (949) 553-8354
5  E-Mail: tgibbs@allenmatkins.com
           jwei@allenmatkins.com
6
   Attorneys for Plaintiffs
7  APPLIED MEDICAL RESOURCES CORPORATION
   and APPLIED MEDICAL DISTRIBUTION
8  CORPORATION

**GRANTED**
*Judge Howard R. Lloyd*

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12  APPLIED MEDICAL RESOURCES           Case No. 5:09-cv-05202-HRL
    CORPORATION, et al.,
13                                      [Assigned to Hon. Howard R. Lloyd]
              Plaintiffs,               **ORDER GRANTING
14                                      REQUEST FOR TELEPHONIC
         v.                             APPEARANCE AT CASE MANAGEMENT
15                                      CONFERENCE**
    COMERICA BANK, et al.,
16                                      Date:  March 2, 2010
              Defendants.               Time:  1:30 p.m.
17                                      Ctrm:  2

18

19       Counsel for Plaintiffs APPLIED MEDICAL RESOURCES CORPORATION and

20  APPLIED MEDICAL DISTRIBUTION CORPORATION (collectively "Plaintiffs") respectfully

21  request a telephonic appearance at the Case Management Conference scheduled for March 2, 2010

22  at 1:30 p.m.  Plaintiffs' request for a telephonic appearance is based in part on the fact that the

23  parties are nearing a settlement agreement and, because Plaintiffs' counsel is located in Orange

24  County, Plaintiffs would like to avoid incurring the travel expense for counsel to personally attend

25  the hearing in San Jose.  Accordingly, counsel for Plaintiffs respectfully request that the Court

26

27

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

894601.01/OC

REQUEST FOR TELEPHONIC APPEARANCE
AT CASE MANAGEMENT CONFERENCE

1 | permit counsel to appear at the Case Management Conference by telephone.  As required, counsel
2 | for Plaintiffs will set up a telephonic hearing with CourtCall.

3

4 | Dated:  February 24, 2010

ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
THOMAS E. GIBBS
JEREN WEI


By:*/s/ Jeren Wei*
    JEREN WEI
    Attorneys for Plaintiffs
    APPLIED MEDICAL RESOURCES
    CORPORATION and APPLIED MEDICAL
    DISTRIBUTION CORPORATION

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

894601.01/OC

REQUEST FOR TELEPHONIC APPEARANCE
AT CASE MANAGEMENT CONFERENCE

-2-