1  JEFFREY A. ROSENFELD, Bar No. 136896          *E-FILED 04-13-2010*
   jeffrey.rosenfeld@dlapiper.com
2  MATTHEW D. CAPLAN, Bar No. 260388
   matthew.caplan@dlapiper.com
3  DLA PIPER LLP (US)
   1999 Avenue of the Stars, Suite 400
4  Los Angeles, CA  90067-6023
   Tel:  310.595.3000
5  Fax:  310.595.3300

6  Attorneys for Defendant
   COMERICA BANK
7
   THOMAS E. GIBBS, Bar No. 93819
8  tgibbs@allenmatkins.com
   JEREN WEI, Bar No. 242298
9  jwei@allenmatkins.com
   ALLEN MATKINS LECK GAMBLE
10   MALLORY & NATSIS LLP
   1900 Main Street, Fifth Floor
11 Irvine, California 92614-7321
   Phone: 949.553.1313
12 Fax: 949.553.8354

13 Attorneys for Plaintiffs
   APPLIED MEDICAL RESOURCES
14 CORPORATION and APPLIED MEDICAL
   DISTRIBUTION CORPORATION
15

16              UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

18                   SAN JOSE DIVISION

19

20 APPLIED MEDICAL RESOURCES          CASE NO.  C 09-05202 HRL
   CORPORATION, a California
21 corporation, and APPLIED           [Assigned to Hon. Howard R. Lloyd]
   MEDICAL DISTRIBUTION
22 CORPORATION, a California          STIPULATION FOR DISMISSAL
   corporation, et al.,               WITH PREJUDICE PURSUANT TO
23                                     FED. R. CIV. PROC. 41
               Plaintiffs,
24
          v.
25                                     AND ORDER
   COMERICA BANK, a Texas
26 corporation, and DOES 1 through 20,
   inclusive,
27
               Defendants.
28
                          STIPULATION FOR DISMISSAL
   WEST\21895096.1

1    THE PARTIES HERETO, through their respective counsel of record,

2    hereby stipulate and agree to the following, and ask the Court to approve this

3    Stipulation and Order, as follows:

4        1.    The Complaint of Plaintiffs Applied Medical Resources

5    Corporation and Applied Medical Distribution Corporation in this matter is

6    hereby dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1), with

7    prejudice, with respect to all defendants, as the parties have entered into a

8    Settlement Agreement.

9        SO STIPULATED:

10   Dated: March 31, 2010         DLA PIPER LLP (US)

11

12                        By _____

13                          JEFFREY A. ROSENFELD
                       MATTHEW D. CAPLAN

14                          Attorneys for Defendant
                       COMERICA BANK

15   Dated: March 31, 2010         ALLEN MATKINS LECK GAMBLE
                       MALLORY & NATSIS LLP

16

17

18                        By _____
                       THOMAS E. GIBBS

19                          JEREN WEI
                       Attorneys for Plaintiffs

20                          APPLIED MEDICAL RESOURCES
                       CORPORATION and APPLIED

21                          MEDICAL DISTRIBUTION
                       CORPORATION

22

23                      **ORDER**

24       Pursuant to Stipulation, IT IS SO ORDERED.

25   Dated:    April 13, 2010

26                         _____
                       Howard R. Lloyd, United States

27                          Magistrate Judge

28